## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| Sheila Ann Oliver, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | |
| | ) | |
| Nationwide Recovery Service, Inc., | ) | **COMPLAINT** |
| | ) | **WITH JURY TRIAL DEMAND** |
| Defendant. | ) | |
| | ) | |

## PRELIMINARY STATEMENT

This action for damages is based on Defendant's false reporting on Plaintiff's credit file and/or consumer reports and failures to follow reasonable procedures to assure maximum possible accuracy of the information concerning Plaintiff.

## PARTIES

1.    Plaintiff, Sheila Ann Oliver, is a natural person who resides in Polk County, Georgia.

2.    Plaintiff is allegedly obligated to pay a consumer debt and is therefore a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

3.     Defendant, Nationwide Recovery Service, Inc., is a corporation formed under the laws of the State of Tennessee. Defendant may be served with process via its registered agent, National Registered Agents, Inc., at 800 South Gay Street, Suite 2021, Knoxville, Tennessee 37929-9710.

4.     Defendant uses interstate commerce and/or mail in its business. The principal purpose of Defendant's business is the collection of consumer debts. Defendant also regularly collects, or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due, to a third party. Defendant is therefore a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## JURISDICTION AND VENUE

5.     This Court has federal question jurisdiction over Plaintiff's Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, claims pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d). This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

6.     This Court has personal jurisdiction over Defendant because, *inter alia*, Defendant frequently and routinely conducts business in the State of Georgia, including the conduct complained of herein.

7.     Pursuant to 28 U.S.C. § 1391, venue is proper in the Northern District of Georgia because a substantial part of the events or omissions giving rise to the claims

occurred in this district. Pursuant to LR 3.1B(3), NDGa, venue is proper in the Rome Division because the conduct complained of herein occurred in Polk County, which is in the Rome Division.

### Factual Allegations Derived from Plaintiff's Bankruptcy Case

8.    On July 25, 2016, Plaintiff filed a Chapter 13 Voluntary Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of Georgia, Rome Division, Case Number 16-41716 (the "Bankruptcy Case").

9.    In Schedule F, of her Bankruptcy Petition, Plaintiff listed Defendant as collecting multiple unsecured claims. The pertinent portion of Schedule F is reproduced below:

| | |
|---|---|
| **4.16** | $285.00 |

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland            TN      37311
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5 1 7 1
**When was the debt incurred?** 05/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
      Account

---

| | |
|---|---|
| **4.17** | $185.00 |

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland            TN      37311
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0 5 2 2
**When was the debt incurred?** 11/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
      Account

**4.18**                                                                                          $165.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
**545 West Inman St**
Number      Street

**Cleveland**                **TN**    **37311**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    5    7    0    5
**When was the debt incurred?**    10/2012

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

---

**4.19**                                                                                          $155.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
**545 West Inman St**
Number      Street

**Cleveland**                **TN**    **37311**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    4    5    2    1
**When was the debt incurred?**    09/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

---

**4.20**                                                                                          $114.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
**545 West Inman St**
Number      Street

**Cleveland**                **TN**    **37311**
City                              State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    7    9    0    5
**When was the debt incurred?**    08/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

5

**4.21**

$107.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland              TN      37311
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    7    9    0    4
**When was the debt incurred?**    08/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

---

**4.22**

$105.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland              TN      37311
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    6    3    1    8
**When was the debt incurred?**    04/2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

---

**4.23**

$85.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland              TN      37311
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    1    9    9    5
**When was the debt incurred?**    03/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

**4.24** $78.00

Natiowide Recovery Service
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland          TN      37311
City                State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   1   5   0   7
When was the debt incurred?   12/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    Account

**4.25** $61.00

Natiowide Recovery Service
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland          TN      37311
City                State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   5   7   1   1
When was the debt incurred?   09/2015

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    Account

**4.26** $60.00

Natiowide Recovery Service
Nonpriority Creditor's Name
545 West Inman St
Number        Street

Cleveland          TN      37311
City                State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   1   9   9   4
When was the debt incurred?   03/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    Account

**4.27**

$33.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number      Street

Cleveland               TN      37311
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0    5    2    1

When was the debt incurred?    11/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

---

**4.28**

$30.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number      Street

Cleveland               TN      37311
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    9    7    6    0

When was the debt incurred?    02/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

---

**4.29**

$27.00

**Natiowide Recovery Service**
Nonpriority Creditor's Name
545 West Inman St
Number      Street

Cleveland               TN      37311
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0    5    2    3

When was the debt incurred?    11/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Account**

10.   The debts being collected by the Defendant originate from medical services provided to or at the behest of the Plaintiff and are "consumer debts" as defined by 15 U.S.C. § 1692a.

11.   On July 28, 2016, Defendant was served with notice of the commencement of Plaintiff's Bankruptcy Case and its inclusion as a creditor by the Bankruptcy Noticing Center. The pertinent portion of the Notice of Filing, highlighted for ease of reference, is reproduced below,

Case 16-41716-mgd    Doc 8    Filed 07/28/16    Entered 07/29/16 01:46:34    Desc Imaged
Certificate of Notice    Page 3 of 4
United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 16-41716-mgd
Joel Dean Oliver                                                          Chapter 13
Shelia Ann Oliver
        Debtors

**CERTIFICATE OF NOTICE**

District/off: 113E-6          User: dam2          Page 1 of 2          Date Rcvd: Jul 26, 2016
                             Form ID: 309i        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2016.
db/jtdb       +Joel Dean Oliver,   Shelia Ann Oliver,   1005 Brock Rd.,   Rockmart, GA 30153-3641
tr            +Mary Ida Townson,   Chapter 13 Trustee,   Suite 2200,   191 Peachtree Street, NE,
               Atlanta, GA 30303-1770
20039694      ++CARTER YOUNG INC,   882 N MAIN STREET,   SUITE 120,   CONYERS GA 30012-4442
               (address filed with court: Collectron Of Atlanta/Carter-Young,   Attention: Bankruptcy,
                PO Box 82269,   Conyers, GA 30013)
20039692       Citimortgage Inc,   Attn: Bankruptcy,   PO Box 6423,   Sioux Falls, SD 57117
20039693      +Collection Bureau of America,   25954 Eden landing Road,   Hayward, CA 94545-3837
20039695       Credit Collection Serv,   325 Canton Street,   Norwood, MA  02062
20039698      +Curtis Lewis Motor Co.,   218 S. Piedmont Ave,   Rockmart, GA 30153-2630
20039699      +Floyd Medical Center,   420 E. Second Ave,   Rome, GA 30161-3209
20039700      +Floyd Professional Billing,   HSI Financial Services,   1000 Circle 75 Pkwy, Suite 600,
               Atlanta, GA 30339-6051
20039702      +HCFS Healthcare Financial Serv.,   3429 Regal Drive,   Alco, TN 37701-3265
20039701      +Harbin Clinic,   PO Box 14099,   Belfast, ME 04915-4034
20039703      +Holloway Credit Bureau,   PO Box 27,   Huntsville, AL 35804-0027
20039705      +MDS/Medical Data Systems,   201-9th Ave,   Ste 312,   Vero Beach, FL 32962
20039706      +Midland Funding,   2365 Northside Dr,   San Diego, CA 92108-2709
20039707      +Natiowide Recovery Service,   545 West Inman St,   Cleveland, TN 37311-1768
20039708      +Redmond Regional Medical,   PO Box 740788,   Cincinnati, OH  45274-0766
20039709      +Redmone Physician Practice,   3 Maryland Farms, Suite 250,   Brentwood, TN 37027-5053
20039710      +Rome Radiology Group,   110 Newton Bridge Rd,   Building A,   Athens, GA 30607-1163

12.    Pursuant to 11 U.S.C. § 362, Defendant was "stayed" from taking any action of any kind in furtherance of the collection of its debts outside the confines of the Bankruptcy Court as of July 25, 2016.

13.    Plaintiff's Bankruptcy Case is continuing, and Plaintiff is performing per her confirmed Plan. Plaintiff has not received a discharge of her debts.

14.    At no time prior to the filing of this action has Defendant sought or obtained relief from the Bankruptcy Court to continue collection activity against Plaintiff.

**Factual Allegations Pertinent to CDIA and Metro 2 Reporting Standards**

15.    The reporting of consumer credit information, by credit reporting agencies ("CRAs") and data furnishers, is the foundation of credit risk scoring and impacts the financial lives of consumers in innumerable ways, including the availability and cost of credit, housing opportunities, leasing prospects, insurance availability and cost, utility service, and even employment.  Between two and three million consumer reports are issued by credit bureaus each day. See, *http://www.cdiaonline.org/about.cfm*.

16.    The Consumer Data Industry Association ("CDIA") is an international trade association, representing over 140 members involved in credit reporting, mortgage reporting, check verification, tenant and employment screening,

collection services, and fraud verification services, and the CDIA is active in both federal and state legislative affairs, public relations, education, and the promulgation of industry standards.

17.    Because consumer credit reporting information is such sensitive data that has far reaching implications for most, if not all, consumers, the CDIA works together with CRAs to develop, maintain and enhance industry-standard reporting formats and guidelines.

18.    To further assist CRAs and data furnishers with performing their due diligence and reporting accurate, complete, and timely data, in satisfaction of the FCRA's legal requirements, the CDIA offers extensive training, education, and support to CRAs and data furnishers.

19.    The CDIA's extensive training and support offerings include FCRA certification programs for both CRAs and data furnishers, to assist each in maintaining compliance with FCRA regulations.

20.    Because standardized methods are of paramount importance to the accurate, complete and timely reporting of consumer credit data, the CDIA can and will revoke FCRA certification for failure to adhere to the standards set by the CDIA.

21.   In cooperation with the major CRAs, CDIA publishes the Metro 2 ("Metro 2") reporting standards to assist furnishers with their compliance requirements under the FCRA. CDIA's reporting products are used in more than nine billion transactions each year.

See, *http://www.cdiaonline.org/about/index.cfm?unItemNumber=515*

22.   The Metro 2 Format Task Force is comprised of representatives from Equifax, Experian, Innovis, and TransUnion, and is supported by the CDIA.  Metro 2 Format Task Force's mission is to provide a standardized method for the reporting of accurate, complete and timely data, and has developed the Metro 2 standards.  *Id.*

23.   The Metro 2 standards provide uniformity in the reporting and interpretation of credit data, including credit risk scoring.

24.   It is axiomatic that in the world of consumer credit information reporting, as long as a consumer credit account is open, every month some piece of information regarding that account/consumer is going to change.  For example, interest continues to accrue, payments are made, etc.

25.   15 U.S.C. § 1681e(b) requires consumer reporting agencies to follow reasonable procedures to assure maximum possible accuracy of information concerning the individual about whom a report relates.  Further, 15 U.S.C. §

12

1681s-2(a)(2) requires furnishers of information to regularly correct and update the information they previously provided to consumer reporting agencies, to make sure the information is complete and accurate.

26.   Accordingly, and in furtherance of its mission, the Metro 2 Format Task Force has developed an industry standard for reporting consumer accounts that "will ensure the integrity and consistency of the credit information being reported." As part of that industry standard the Metro 2 Format Task Force has declared, "All accounts must be reported on a monthly basis." (Emphasis added.) *Id.*

27.   Because consumer credit information changes monthly, failure to update that information on a monthly basis, yet still publishing reports containing the previously reported information without updates, means that the information being reported is almost certainly incomplete and inaccurate.

28.   The Fair Isaac Corporation credit risk scoring system, commonly referred to as FICO, is the leading credit scoring system, and utilizes data reported by credit reporting agencies and furnishers which are, ostensibly, in compliance with Metro 2 standards.

29.   At all times relevant hereto Defendant warranted and or represented to Equifax, Experian, and TransUnion that it had adopted and implemented the Metro

2 format for its reporting of consumer data and would otherwise comply with Metro 2 and CDIA guidelines in its reporting of consumer information.

30.   Defendant has, at all times relevant hereto, incorporated the Metro 2 format for reporting consumer information into its own internal policies and procedures.

31.   Defendant have actual knowledge that entities that perform credit risk scoring, and other functions utilizing the data reported by Defendant, assume Defendant's compliance with Metro 2 standards.

32.   The failure on the part of a CRA and/or a furnisher to adhere to the accepted Metro 2 standards increases the probability of a reported item being false or materially misleading and adversely affecting the consumer.

### Factual Allegations Derived from Reporting to TransUnion

33.    On or about February 13, 2017, Plaintiff obtained a copy of her consumer report as published by TransUnion.

34.   That report contained erroneous information as provided by Defendant. Specifically, the report showed the status of the accounts scheduled in Plaintiff's bankruptcy case  as "in collection,"

35. The relevant portion of the Defendant tradelines appeared in the February 13, 2017, TransUnion report as follows:

14

**NATIONWIDE RECOVERY SERV  #35405\*\***
545 W INMAN ST
CLEVELAND, TN 37311
(800) 776-4600

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 11/18/2013 | Balance: | $185 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/15/2017 | | |
| Account Type: | Open Account | Original Amount: | $186 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-HARBIN CLINIC LLC (Medical/Health Care) | | |
| | | Past Due: | >$185< | | |

**NATIONWIDE RECOVERY SERV  #55045\*\***
545 W INMAN ST
CLEVELAND, TN 37311
(800) 776-4600

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 09/01/2015 | Balance: | $155 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/15/2017 | | |
| Account Type: | Open Account | Original Amount: | $156 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-HARBIN CLINIC LLC (Medical/Health Care) | | |
| | | Past Due: | >$155< | | |

**NATIONWIDE RECOVERY SERV  #50763\*\***
545 W INMAN ST
CLEVELAND, TN 37311
(800) 776-4600

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 04/01/2015 | Balance: | $105 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/15/2017 | | |
| Account Type: | Open Account | Original Amount: | $105 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-HARBIN CLINIC LLC (Medical/Health Care) | | |
| | | Past Due: | >$105< | | |

**NATIONWIDE RECOVERY SERV  #83889\*\***
545 W INMAN ST
CLEVELAND, TN 37311
(800) 776-4600

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 06/07/2016 | Balance: | $86 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/15/2017 | | |
| Account Type: | Open Account | Original Amount: | $86 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-HARBIN CLINIC LLC (Medical/Health Care) | | |
| | | Past Due: | >$86< | | |

**NATIONWIDE RECOVERY SERV  #35815\*\***
545 W INMAN ST
CLEVELAND, TN 37311
(800) 776-4600

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 12/02/2013 | Balance: | $78 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/15/2017 | | |
| Account Type: | Open Account | Original Amount: | $79 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-HARBIN CLINIC LLC (Medical/Health Care) | | |
| | | Past Due: | >$78< | | |

**NATIONWIDE RECOVERY SERV  #83889\*\***
545 W INMAN ST
CLEVELAND, TN 37311
(800) 776-4600

| Placed for collection: | 06/07/2016 | Balance: | $70 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/15/2017 | | |
| Account Type: | Open Account | Original Amount: | $70 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-HARBIN CLINIC LLC (Medical/Health Care) | | |
| | | Past Due: | >$70< | | |

**NATIONWIDE RECOVERY SERV  #55457\*\***
545 W INMAN ST
CLEVELAND, TN 37311
(800) 776-4600

| Placed for collection: | 09/16/2015 | Balance: | $61 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/15/2017 | | |
| Account Type: | Open Account | Original Amount: | $61 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | MEDICAL-HARBIN CLINIC LLC (Medical/Health Care) | | |
| | | Past Due: | >$61< | | |

36.     Because Plaintiff's debts to Defendant are included in her Bankruptcy Case and provided for in the Plan as stated above, Defendant should have reported the status of the debts as "included in bankruptcy," or some similar designation.

37.     The information reported by Defendant to TransUnion was both false and misleading in that a viewer of the report would reasonably conclude that the debt being collected by the Defendant was not included in the Plaintiff's bankruptcy case and that the Plaintiff is subject to continued collection activity, including legal process.

38.     The false report made by Defendant to TransUnion was in furtherance of its efforts to collect its debt from Plaintiff.

16

**<u>Factual Allegations Derived from Reporting to Experian</u>**

39.     On or about February 13, 2017, Plaintiff obtained a copy of her consumer report as published by Experian.

40.     That report contained erroneous information as provided by Defendant. Specifically, Defendant reported the current status of the accounts scheduled in Plaintiff's bankruptcy case as in active collection.

41.     The relevant portion of the Defendant tradelines appeared in the February 13, 2017, Experian report as follows:

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 3540522 | $185 as of 01/15/2017 | 11/2013 | Collection account. $185 past due as of Jan 2017. |
| 545 INMAN ST CLEVELAND, TN 37311 423 472 4600 | **Type** Collection | **Credit limit or original amount** $186 | **Date of status** 01/2014 | |
| **Address identification number** 0065131733 | **Terms** 1 Months | **High balance** $0 | **First reported** 01/2014 | |
| **Original creditor** HARBIN CLINIC LLC | **On record until** Mar 2020 | **Monthly payment** $0 | **Responsibility** Individual | |
| | | **Recent payment amount** $0 | | |

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 5504521 | $155 as of 01/15/2017 | 09/2015 | Collection account. $155 past due as of Jan 2017. |

545 INMAN ST
CLEVELAND, TN 37311
423 472 4600
**Address identification number**
0065131733

**Original creditor**
HARBIN CLINIC LLC

**Type**
Collection
**Terms**
1 Months

**On record until**
Jan 2022

**Credit limit or original amount**
$156
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
10/2015
**First reported**
10/2015
**Responsibility**
Individual

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 5076318 | $105 as of 01/15/2017 | 04/2015 | Collection account. $105 past due as of Jan 2017. |

545 INMAN ST
CLEVELAND, TN 37311
423 472 4600
**Address identification number**
0065131733

**Original creditor**
HARBIN CLINIC LLC

**Type**
Collection
**Terms**
1 Months

**On record until**
Aug 2021

**Credit limit or original amount**
$105
**High balance**
$0
**Monthly payment**
$0

**Date of status**
05/2015
**First reported**
05/2015
**Responsibility**
Individual

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 8388929 | $86 as of 01/15/2017 | 06/2016 | Collection account. $86 past due as of Jan 2017. |

545 INMAN ST
CLEVELAND, TN 37311
423 472 4600
**Address identification number**
0065131733

**Original creditor**
HARBIN CLINIC LLC

**Type**
Collection
**Terms**
1 Months

**On record until**
Oct 2022

**Credit limit or original amount**
$86
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
09/2016
**First reported**
09/2016
**Responsibility**
Individual

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 2751995 | $85 as of 04/06/2016 | 03/2013 | Collection account. $85 past due as of Apr 2016. |

545 INMAN ST
CLEVELAND, TN 37311
423 472 4600
**Address identification number**
0065131733

**Original creditor**
HARBIN CLINIC LLC

**Type**
Collection
**Terms**
1 Months
**On record until**
Feb 2019

**Credit limit or original amount**
$85
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
12/2013
**First reported**
11/2013
**Responsibility**
Individual

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 3581507 | $78 as of 01/15/2017 | 12/2013 | Collection account. $78 past due as of Jan 2017. |

545 INMAN ST
CLEVELAND, TN 37311
423 472 4600
**Address identification number**
0065131733

**Original creditor**
HARBIN CLINIC LLC

**Type**
Collection
**Terms**
1 Months
**On record until**
Mar 2020

**Credit limit or original amount**
$79
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
01/2014
**First reported**
01/2014
**Responsibility**
Individual

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 8388930 | $70 as of 01/15/2017 | 06/2016 | Collection account. $70 past due as of Jan 2017. |

545 INMAN ST
CLEVELAND, TN 37311
423 472 4600
**Address identification number**
0065131733

**Original creditor**
HARBIN CLINIC LLC

**Type**
Collection
**Terms**
1 Months
**On record until**
Oct 2022

**Credit limit or original amount**
$70
**High balance**
$0
**Monthly payment**
$0
**Recent payment amount**
$0

**Date of status**
09/2016
**First reported**
09/2016
**Responsibility**
Individual

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 5545711 | $61 as of 01/15/2017 | 09/2015 | Collection account. $61 past due as of Jan 2017. |
| 545 INMAN ST CLEVELAND, TN 37311 423 472 4600 Address identification number 0065131733 Original creditor HARBIN CLINIC LLC | Type Collection Terms 1 Months On record until Jan 2022 | Credit limit or original amount $61 High balance $0 Monthly payment $0 | Date of status 10/2015 First reported 10/2015 Responsibility Individual | |

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 3809760 | $30 as of 01/15/2017 | 02/2014 | Collection account. $30 past due as of Jan 2017. |
| 545 INMAN ST CLEVELAND, TN 37311 423 472 4600 Address identification number 0065131733 Original creditor HARBIN CLINIC LLC | Type Collection Terms 1 Months On record until Jun 2020 | Credit limit or original amount $30 High balance $0 Monthly payment $0 Recent payment amount $0 | Date of status 03/2014 First reported 03/2014 Responsibility Individual | |

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| NATIONWIDE RECOVERY SERVICES | 3540523 | $27 as of 01/15/2017 | 11/2013 | Collection account. $27 past due as of Jan 2017. |
| 545 INMAN ST CLEVELAND, TN 37311 423 472 4600 Address identification number 0065131733 Original creditor HARBIN CLINIC LLC | Type Collection Terms 1 Months On record until Mar 2020 | Credit limit or original amount $27 High balance $0 Monthly payment $0 Recent payment amount $0 | Date of status 01/2014 First reported 01/2014 Responsibility Individual | |

42.    Because these accounts are included in Plaintiff's Bankruptcy Case and provided for in the Plan as stated above, Defendant should have reported the status of the debts as "included in bankruptcy," or some similar designation.

43.    The information reported by Defendant to Experian was both false and misleading in that a viewer of the report would reasonably conclude that the debt being collected by the Defendant was not included in the Plaintiff's bankruptcy case and that the Plaintiff is subject to continued collection activity, including legal process.

44.    The false report made by Defendant to Experian was in furtherance of its efforts to collect its debt from Plaintiff.

## Damages

45.    Defendant had actual notice that the information it was reporting regarding Plaintiff to the various credit reporting agencies was false, deceptive, and misleading.

46.    Accordingly, Defendant's conduct was willful.

47.    As a result of Defendant's willful actions and omissions, Plaintiff is eligible for statutory damages.

48.    Additionally, as a result of Defendant's actions and omissions, Plaintiff has suffered actual damages, including out-of-pocket expenses in challenging Defendant's wrongful representations, frustration and anxiety as a result of the knowledge that Defendant is pursuing its collection strategy despite her Bankruptcy Case, and worry over the repercussions of Defendant's conduct.

21

49.    As a result of the actions and omissions of Defendant, Plaintiff's actual damages also include the illegitimate suppression of her Fair Isaac Corporation ("FICO") credit score and other credit rating model scores.

50.    The false information reported by Defendant creates a material risk of financial harm to Plaintiff stemming from the decreased perception of Plaintiff's future credit-worthiness.

## CAUSES OF ACTION

### COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. §§ 1692e, 1692e(2), and 1692e(10)

51.    Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

52.    Defendant's provision of false and/or misleading information in connection with its attempts to collect the alleged debts violated multiple provisions of the FDCPA, including without limitation 15 U.S.C. §§ 1692e, 1692e(2), and 1692e(10).

53.    As a result of Defendant's violations of the FDCPA, Plaintiff has suffered actual damages. Plaintiff is therefore entitled to recover actual damages under 15 U.S.C. § 1692k.

54.    Under 15 U.S.C. § 1692k, Plaintiff is also entitled to recover from Defendant $1,000.00 in statutory damages and reasonable attorney's fees and costs.

## COUNT II

### VIOLATIONS OF THE GEORGIA FAIR BUSINESS PRACTICES ACT
### O.C.G.A. § 10-1-393(a)

55.    Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

56.    O.C.G.A. § 10-1-393(a) broadly prohibits unfair business practices.

57.    It was unfair and deceptive for Defendant to falsely report the status of Plaintiff's account to Trans Union in an effort to collect a debt that was scheduled in bankruptcy.

58.    As pled above, Plaintiff was harmed by Defendant's unfair conduct.

59.    Upon information and belief, Defendant regularly reports information to credit reporting agencies in an effort to collect outstanding debts.

60.    Upon information and belief, reports to credit reporting agencies are Defendant's *modus operandi* for debt collection and are done on a wide scale.

61.    Defendant's conduct amounts to an unfair business practice.

23

62.     Defendant's conduct has implications for the consuming public in general and potential negative impact on the consumer marketplace.

63.     Defendant does not maintain a place of business in Georgia and has no assets in Georgia, thus relieving Plaintiff of the Notice and Demand requirement of O.C.G.A. § 10-1-399(b).

64.     As a result of Defendant's violations of O.C.G.A. § 10-1-393(a), Plaintiff is entitled to recover general damages pursuant to O.C.G.A. § 10-1-399(a).

65.     As a result of Defendant's willful and wanton violations of O.C.G.A. § 10-1-393(a), Plaintiff is entitled to recover exemplary damages pursuant to O.C.G.A. § 10-1-399(a).

66.     Defendant's actions were intentional, rendering it liable for treble damages pursuant to O.C.G.A. § 10-1-399(c).

67.     Plaintiff is entitled to recover reasonable attorney's fees and expenses pursuant to O.C.G.A. § 10-1-399(d).

68.     Furthermore, because Defendant has acted in bad faith, been stubbornly litigious, and/or caused Plaintiff unnecessary trouble and expense, Plaintiff is also entitled to an award of reasonable attorney's fees and expenses pursuant to O.C.G.A. § 13-6-11.

24

## COUNT III

## VIOLATIONS OF THE GEORGIA FAIR BUSINESS PRACTICES ACT
## O.C.G.A. § 10-1-393(a)

69.    Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

70.    O.C.G.A. § 10-1-393(a) broadly prohibits unfair business practices.

71.    It was unfair and deceptive for Defendant to falsely report the status of Plaintiff's account to Experian in an effort to collect a debt that was scheduled in bankruptcy.

72.    As pled above, Plaintiff was harmed by Defendant's unfair conduct.

73.    Upon information and belief, Defendant regularly reports information to credit reporting agencies in an effort to collect outstanding debts.

74.    Upon information and belief, reports to credit reporting agencies are Defendant's *modus operandi* for debt collection and are done on a wide scale.

75.    Defendant's conduct amounts to an unfair business practice.

76.    Defendant's conduct has implications for the consuming public in general and potential negative impact on the consumer marketplace.

77.     Defendant does not maintain a place of business in Georgia and has no assets in Georgia, thus relieving Plaintiff of the Notice and Demand requirement of O.C.G.A. § 10-1-399(b).

78.     As a result of Defendant's violations of O.C.G.A. § 10-1-393(a), Plaintiff is entitled to recover general damages pursuant to O.C.G.A. § 10-1-399(a).

79.     As a result of Defendant's willful and wanton violations of O.C.G.A. § 10-1-393(a), Plaintiff is entitled to recover exemplary damages pursuant to O.C.G.A. § 10-1-399(a).

80.     Defendant's actions were intentional, rendering it liable for treble damages pursuant to O.C.G.A. § 10-1-399(c).

81.     Plaintiff is entitled to recover reasonable attorney's fees and expenses pursuant to O.C.G.A. § 10-1-399(d).

82.     Furthermore, because Defendant has acted in bad faith, been stubbornly litigious, and/or caused Plaintiff unnecessary trouble and expense, Plaintiff is also entitled to an award of reasonable attorney's fees and expenses pursuant to O.C.G.A. § 13-6-11.

## **TRIAL BY JURY**

83.     Plaintiff is entitled to and hereby requests a trial by jury.

26

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for:

a.) Plaintiff's actual damages;

b.) Statutory damages pursuant to 15 U.S.C. § 1692k;

c.) General, exemplary, and treble damages pursuant to O.C.G.A. §§ 10-1-399(a) & (c);

d.) Reasonable attorney's fees and costs pursuant to 15 U.S.C. §§ 1692k and O.C.G.A. §§ 10-1-399(d) and/or 13-6-11; and

e.) Such other and further relief as may be just and proper.

Respectfully submitted this 26th day of June, 2017.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
*matt@mattberry.com*
Caitlin M. Berry
Georgia Bar No.: 761404
*cberry@mattberry.com*
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3334
Fax (404) 235-3333

*Plaintiff's Attorneys*

27